**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Mario Ivan Pillco Morocho**
Petitioner

V.

CIVIL ACTION

NO. **1:26-cv-13486-RGS**

**Wesling et al**
Respondents

**ORDER OF DISMISSAL**

Stearns, D. J.

In accordance with the Voluntary Dismissal filed November 19, 2026 [Doc. No. 14 and 15] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/20/2026
Date

/s/ Jacqueline Martin
Deputy Clerk